UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, and STEPHEN LEE BRODALE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GROUP, INC., a California Corporation, d/b/a UNIVERSITY OF PHOENIX; and KIM SAVICH, KYAN FLYNN, JENNIFER BRODIE, and MATT JOHNSTON, as individuals and agents of APOLLO GROUP, INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1399 JM LSP<br><br>**ORDER GRANTING JOINT MOTION OF PLAINTIFFS AND APOLLO GROUP, INC. D/B/A UNIVERSITY OF PHOENIX TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Doc. No. 15** |

After considering the Joint Motion of Plaintiffs and Defendant Apollo Group, Inc. d/b/a University of Phoenix to Extend Time to Respond to the Complaint, the Court finds good cause and grants the Joint Motion.

IT IS ORDERED THAT defendant Apollo Group, Inc. d/b/a University of Phoenix has **until September 14, 2009** to respond to the Complaint.

Dated: August 26, 2009

_____
The Honorable Judge of the United States District Court for the Southern District of California

08cv1399