1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 08 CV-1399 JM LSP
    THE STATE OF CALIFORNIA,
12  and STEPHEN LEE BRODALE, an            **ORDER GRANTING JOINT**
    individual,                           **MOTION OF PLAINTIFF AND**
13                                         **APOLLO GROUP, INC. D/B/A**
                          Plaintiff,       **UNIVERSITY OF PHOENIX TO**
14                                         **DISMISS CLAIMS 1, 2, 3 AND 6**
    v.                                     **AND SUBMIT TO BINDING**
15                                         **ARBITRATION**
    APOLLO GROUP, INC., a
16  California Corporation, d/b/a
    UNIVERSITY OF PHOENIX; and             Doc. No. 17
17  KIM SAVICH, KYAN FLYNN,
    JENNIFER BRODIE, and MATT
18  JOHNSTON, as individuals and
    agents of APOLLO GROUP, INC.,
19  and DOES 1-50, inclusive,

20                        Defendants

21

22

23         After considering the Joint Motion of Plaintiff Stephen Lee Brodale and

24  Defendant Apollo Group, Inc. d/b/a University of Phoenix for an order to dismiss

25  claims 1, 2, 3 and 6 and submit them to binding arbitration, the Court finds good

26  cause and GRANTS the Joint Motion.

27  / / /

28

                                   1                        08 CV-1399

1    Claims 1, 2, 3 and 6 of Plaintiff's Complaint are DISMISSED without

2    prejudice so that they may be submitted to binding arbitration.

3        **IT IS SO ORDERED.**

4

5    Dated:  September 16, 2009

6                                        Honorable Jeffrey T. Miller
                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                    08 CV-1399