# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, the
STATE OF CALIFORNIA, and
STEPHEN LEE BRODALE, an
individual

V.

APOLLO GROUP, INC., a California
Corporation, d/b/a/ UNIVERSITY OF
PHOENIX; and KIM SAVICH,
KYAN FLYNN, JENNIFER BRODIE,
and MATT JOHNSTON, as
individuals and agents of APOLLO
GROUP, INC., and DOES 1-50,
inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08 CV 1399 JM (WMC)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Defendants' motion to dismiss counts four and five.

| November 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON November 6, 2009

08cv1399-JM(WMC)